**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMPEREX TECHNOLOGY LIMITED, | |
| Plaintiff, | |
| | CASE NO. 1:23-CV-272-PTG-LRV |
| v. | |
| | **JURY TRIAL DEMANDED** |
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD., | |
| Defendant. | |

## DECLARATION OF YIMENG DOU PURSUANT TO 37 C.F.R. 42.64(b)(2)

1.    I, Yimeng Dou, hereby declare as follows:

2.    I am a partner at Kirkland & Ellis LLP, counsel of record for Plaintiff Amperex Technology Limited ("ATL") in this action. I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

3.    I submit this declaration in support of Plaintiff's Motion to Stay.

4.    On September 5, attorneys for ATL requested to meet and confer with SEL regarding the motion to stay pursuant to Local Rule 7(E). On September 6, attorneys from SEL indicated that they had received the request to meet and confer but were unable to provide a response. On September 7, SEL's attorneys indicated they would oppose the motion.

5.    The Patent Trial and Appeal Board ("PTAB") typically enters a notice indicating that a petition has been accorded a filing date two weeks to one month after the petition has been filed.

6.    Exhibit 1 is a true and correct copy of ATL's Petition for *Inter Partes* Review ("IPR") of U.S. Patent No. 10,741,828 ("the '828 Patent), filed on June 5, 2023. The PTAB entered the Notice According the Petition a Filing Date on June 15, 2023.

7.    Exhibit 2 is a true and correct copy of ATL's Petition for *Inter Partes* Review ("IPR") of U.S. Patent No. 11,043,660 ("the '660 Patent"), filed on September 4, 2023. The Notice According the Petition a Filing Date is expected by the at least mid October.

8.    Semiconductor Energy Laboratory Co., Ltd. ("SEL") has up to three months after the request to institute an *inter partes* review has received a Notice According the Petition a Filing Date to file a preliminary response. 37 CFR §42.107(b). Accordingly, SEL has until September 15, 2023 to file a preliminary response to Plaintiff's IPR petition for the '828 Patent and until

approximately late December, 2023 to file a preliminary response to Plaintiff's IPR petition for the '660 Patent.

9.    The Director of the Patent Trial and Appeal Board shall determine whether to institute an *Inter Partes* Review within 3 months after SEL files its preliminary response. 35 U.S.C. § 314. Accordingly, the Patent Trial and Appeal Board ("PTAB") is expected to issue an institution decision no later than December 15, 2023 for the '828 petition and approximately March , 2024 for the '660 Petition.

10.    The PTAB shall issue a final written decision with respect to the patentability of any patent claim challenged by the petition one year after institution. 35 USC §§ 316(a)(11), 318(a). Accordingly, the PTAB is expected to issue a Final Written Decision no later than December 15, 2024 for the '828 petition and no later than approximately March , 2025 for the '660 Petition.

11.    As of September 7, the parties have not exchanged any discovery. Neither party has provided initial disclosures, propounded discovery requests, or produced any documents.

12.    Exhibit 3 is a true and correct copy of the Federal Court Management Statistics from June of 2023, available online at https://www.uscourts.gov/statistics-reports/federal-court-management-statistics-june-2023. Page 25 of Exhibit 3 shows that in June, 2023 the average time from filing to trial in civil cases in the Eastern District of Virginia was 21.4 months.

13.    Exhibit 4 is a true and correct copy of the Time to Trial for patent cases in the Eastern District of Virginia as reported by DocketNavigator, available online at https://compass.docketnavigator.com/patent/binder/0/0. In the last 5 years, the median time to trial in patent cases was 35 months.

14.     Exhibit 5 is a true and correct copy of the PTAB Trial Statistics FY22 End of Year

Outcome Roundup IPR, PGR, published by the United States Patent and Trademark Office,

available                                    online                                    at

https://www.uspto.gov/sites/default/files/documents/ptab__aia_fy2022_roundup.pdf. Page 7 of

the report indicates that in Fiscal Year 2022 the PTAB instituted IPR proceedings on 70% of the

patents that were challenged.

15.     Page 12 of Exhibit 4 further shows that of the 426 challenged patents for which the

PTAB issued a Final Written Decisions ("FRD"), 65% of the patents (279/426) were entirely

unpatentable and 16% (71/426) were at least partially unpatentable. Only 17% (76/426) of patents

progressing to a Final Written Decision were found patentable.

Date:  September 7, 2023


                              Respectfully submitted,



                              /s/ Yimeng Dou
                              Yimeng Dou