# Exhibit 4

## Docket Navigator

FILE

PRINT

Add New Tab

Table of Contents
- Time to Trial

PATENT RESEARCH TOOLS

# Time to Trial

New Folder

**Courts** | Judges

Virginia Eastern District

**Case Filing Date**
September 6, 2018 – September 6, 2023

**Dates to Exclude**

Exclude cases with Transfers — Off
Exclude cases with Stays — Off
Exclude Outliers — On
Exclude cases with Consolidations — Off

**Case Size**
> Small > Medium > Large

**Trial Type**
> Bench Trials > Jury Trials

---

• Time to Trial

Time to Trial

**AVERAGE MONTHS**
**48**
National Average: 35

**MEDIAN MONTHS**
**35**
National Median: 31

**MAXIMUM MONTHS**
**98**
National Maximum: 100

**MINIMUM MONTHS**
**24**
National Minimum: 13

### TIME TO TRIAL FOR EDVA

Number of Trials vs Number of Months

- 18-24: 1
- 24-30: 1
- 42-48: 1
- 60+: 1

### TIME TO TRIAL COMPARISON

- Selected Court/Judge
- All Courts/Judges

Data on this page is based on the time from the filing date of a case (or the earliest case in a group of transferred/consolidated cases) to the time of the earliest document indicating that a trial occurred such as a Verdict (indicating a jury trial) or Findings of Fact and Conclusions of Law (indicating a bench trial).

Binder Information